942

No. 463, Misc.   CUMMINGS v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.   *A. F. Summer,* Attorney General of Mississippi, and *Guy N. Rogers,* Assistant Attorney General, for respondent.

No. 477, Misc.   BENNETT v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN.   C. A. 6th Cir.   Certiorari denied.   *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 500, Misc.   LUCKEY v. ILLINOIS.   Sup. Ct. Ill. Certiorari denied.   *Gerald W. Getty, Marshall J. Hartman,* and *James J. Doherty* for petitioner.   *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum,* Assistant Attorney General, for respondent.

No. 512, Misc.   FLORES v. CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Russell Iungerich,* Deputy Attorney General, for respondent.

No. 528, Misc.   CATANZARO v. MANCUSI, WARDEN. C. A. 2d Cir.   Certiorari denied.   *Edwin L. Gasperini* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Joel Lewittes,* Assistant Attorney General, for respondent.

No. 570, Misc.   BOLOGNESE v. MAZURKIEWICZ, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.